UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61110-CIV-DAMIAN

DANIEL DOMINGO BRITO SOLIS,

 Petitioner,

v.

GARRETT RIPA, *et al.*,

 Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the parties' Joint Status Report ("Report") [ECF No. 6], filed on April 24, 2026. In the Status Report, the parties indicate that on May 12, 2026, Petitioner, Daniel Domingo Brito Solis ("Petitioner"), was given a bond hearing before the Immigration Court, consistent with this Court's Order [ECF No. 5] and that the Immigration Judge denied a bond, weighing the nine factors in *Matter of Guerra*, 24 I & N Dec. 37 (BIA 2006), and concluding that Petitioner presents a flight risk. In light of the foregoing, and noting that an individualized bond hearing appears to have taken place and seeing no pending matters on the docket, it is hereby

 **ORDERED AND ADJUDGED** that this case is **DISMISSED**.

 **DONE AND ORDERED** in Chambers in the Southern District of Florida, this 28th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**